No. 80–933. Physicians National House Staff Assn. et al. *v.* Murphy, Chairman, National Labor Relations Board, et al. C. A. D. C. Cir. Certiorari denied. █

No. 80–934. Anthony J. Bertucci Construction Co., Inc., et al. *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 80–935. First National Bank of Jackson *v.* Equal Employment Opportunity Commission. C. A. 5th Cir. Certiorari denied.

No. 80–942. Shaheen *v.* United States District Court for the Southern District of New York et al. C. A. 2d Cir. Certiorari denied.

No. 80–943. Curtin *v.* California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 80–946. Louisiana Aircraft, Inc. *v.* Aycock, Administrator, et al. C. A. 5th Cir. Certiorari denied. █

No. 80–952. Emory *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 80–954. Arboleda *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 80–959. Ohio *v.* Thompson et al. Ct. App. Ohio, Stark County. Certiorari denied.

No. 80–960. Matschke *v.* Illinois. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 80–961. Federal Trade Commission *v.* Official Airline Guides, Inc. C. A. 2d Cir. Certiorari denied. █